IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL COOK,** | ) |
| Plaintiff, | ) |
| v. | ) CV NO. 06-4062-JPG |
| **G. S. METALS INC.**, a corporation, and **UNITED STEEL WORKERS, LOCAL 7252, DISTRICT 7-SUB DISTRICT 2,** a Labor Union, | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   August 15, 2006

NORBERT JAWORSKI, CLERK

s/Brenda K. Lowe
Deputy Clerk

**APPROVED:** s/ J. Phil Gilbert
    **U. S. DISTRICT JUDGE**